# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**FILED**

AUG 28 2023

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Craig Williams,

        Plaintiff

vs.

Warden Cox
Warden Jackson
Medical Doctor - Andrew Tilden
Healthcare Administrator, Rambo
Rob Jeffery, IDOC Director
~~Dr.~~ Dr. Howl

        Defendant(s)

Case No. _____
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[x] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: CRAIG WILLIAMS

Prison Identification Number: R28131

Current address: Pontiac Correctional Center 700 W. Lincoln Street Pontiac, IL, 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: COX

Current Job Title: Warden

Current Work Address: I.D.O.C Pontiac CC

Defendant #2:

Full Name: Jackson

Current Job Title: Warden

Current Work Address: I.D.O.C Pontiac CC

Defendant #3:

Full Name: Andrew Tilden

Current Job Title: Medical Doctor

2

Current Work Address I.D.O.C - Pontiac CC

Defendant #4:

Full Name: Nikki Rambo

Current Job Title: ~~~~~~~ Healthcare Administrator

Current Work Address I.D.O.C Pontiac CC

Defendant #5:

Full Name: Rob Jeffreys

Current Job Title: Director of I.D.O.C

Current Work Address I.D.O.C Spring filed

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☑   No ☐

If yes, please describe My case I failed to put Defendants actual name Instead I put The Buildings Name. Pontiac CC

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑   No ☐

C. If your answer to B is yes, how many? 4   Describe the lawsuit(s) below.

Failure to Protect Pending 3
Deliberate Indifference 8th amendment
medical Negligence
medical Negligence

1. Name of Case, Court and Docket Number   N/A

2. Basic claim made   ~~Ade~~ Deliberate Indifference

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)   The one I know of still Pending

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☑   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence   Pontiac CC

4

Date(s) of the occurrence ___Sometime The Year of 2021___

*State here briefly the FACTS that support your case.  Describe what each defendant did to violate your federal rights.  You do not need to give any legal arguments or cite cases or statutes.  Number each claim in a separate paragraph.  Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.  Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

At The Time of This current situation I Referd Name (Trans) Kathyleen Monrose was Housed on 1 Gallery In The Year 2021 I was in Pontiac CC Southlowers 7 gallery Sucide watch I was heavily Sedated while sitting Inside on A Holding Tank By staff with an unknown substance That caused me To lose Conciousness In The Event of Regaining my composure I heard A Man's Voice In my Ear while I was sitting In my Cell on 1 gallery say Im white I Also Notice Doubled Vision one Being of the Location which is my current The other Being unknown Location I was sensing sansations Throughout my whole entire body That I Never felt Before I Even Notice An Alteration to my colon and anal cavity over The course of A 5 Period These New Events Being Present In my Life Had me so mentaly Enqusited as to what was going on with me at the time when Then The Voice Begans To Break Down The Last 5 months of my Life To me The voice Later I Identifeyed himself As an Inmate Named Gino Bassett K55476. He Begans To Explain How I Am Able To see, Hear, and feel him. Prior To me losing Concusness He went on To Inform me About The Things That Took Place while I was AT A Loss of Concouness

5

He informed me about being transported to an outside treatment center to recieve an implant device that enables the transfer of information (via) wireless technology including visual, audio, phsical feeling. I would like to state for the record I never authorized any transport from Pontiac CC nor did I authorized any munipliation of my afnotomy I've exshusted every avenue to present this issue to the proper authorities Im seeking to experdite this information to the judicial system because of all the illegal activity that has happend to me.

  Until this day I still have these implants inside my body and there still active

## RELIEF REQUESTED

(State what relief you want from the court.)



Im Asking The Courts for Compository

Damages in the amount of $200,000 from the defendants. (1) To have an legitimet investigation done by outside authority's (2) To be transferd out of the state of Illinios.

(3) To be placed in Federal protective custody.

(4) To have a surgery preformed to try and remove these devices.

JURY DEMAND    Yes [✓]    No [ ]

Signed this 23rd day of Aug, 2023.

_Williams_
(Signature of Plaintiff)

| Name of Plaintiff: Craig Williams | Inmate Identification Number: R28131 |
|---|---|
| Address: Pontiac CC P.O. Box 99 Pontiac, IL 61764 | Telephone Number: N/A |

8

Craig Williams R28131 ( Individual In Custody Correspondence Illinois
Pontiac Correctional Cent Department of Corrections
P.O. Box 99
Pontiac, IL 61764

Legal Mail

United States District Court
100 N.E. Monroe St, Room 309
Peoria, Illinois, 61602

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 61764
02 7W
0008029347 AUG 24 2023
$ 000.87⁰